,

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND DAGLEY,** | 2:19−cv−08063− ODW(RAOx) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| **FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive**, | US District Judge Otis D. Wright, II Magistrate Judge Rozella A. Oliver |
| Defendants. | |

Good cause having been shown, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

Judgment is hereby entered against Defendant FCA US LLC in favor of Plaintiff, Raymond Dagley.

-1-

Defendant FCA US LLC shall pay the sum of $61,500.00 to Plaintiff, Raymond Dagley, plus $10,000 in total in costs and expenses, including attorneys' fees, in exchange for a dismissal of this action in its entirety (including all claims against all Defendants herein) with prejudice and return to FCA US LLC of the vehicle that is the subject of this action with title free and clear of any and all encumbrances.

IT IS SO ORDERED.

Dated: November 15, 2019

*[signature]*
United States District Judge